# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 17, 2022

Lyle W. Cayce
Clerk

No. 21-20252

In the Matter of: Cleveland Imaging; Surgical Hospital, L.L.C.

*Debtor*,

Camil Kreit; Samir Kreit; Fadi Ghanem,

*Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:21-CV-00935

Before Higginbotham, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:*

Because this Court elsewhere affirmed the sanctions order which the Appellants here again contest, their appeal is DISMISSED AS MOOT.[1]

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

[1] *See Kreit v. Quinn*, --- F.4th ---, No. 21-20067 (5th Cir. 2022).